IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSIE TAYLOR and JENNIFER NGUYEN, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | A-10-CV-650 AWA |
| SETON HEALTHCARE d/b/a SETON MEDICAL CENTER WILLIAMSON, | § § § § | |
| Defendant. | § § | |

## VERDICT FORM

**QUESTION 1**

Was Josie Taylor sexually harassed?

Answer "yes" or "no"    **NO**

If you have answered "yes" to this Question, please proceed to Question 2. If you have answered "no" to this Question, please proceed Question 4.

**QUESTION 2**

Did Seton know, or in the exercise of reasonable care should Seton have known, that Josie Taylor was being sexually harassed?

Answer "yes" or "no"  _____

If you have answered "yes" to this Question, please proceed to Question 3. If you have answered "no" to this Question, please proceed Question 4.

**QUESTION 3**

Did Seton fail to take prompt remedial action?

Answer "yes" or "no" _____

Proceed to Question 4.

**QUESTION 4**

Did Seton discipline Josie Taylor for complaining about John Butler's alleged harassment or for filing a charge of discrimination with the EEOC?

Answer "yes" or "no" __NO__

If you have answered "yes" to either Question 3 or Question 4, please proceed to Question 5.  If your answer to Question 3 is blank, or you have answered "no" to Question 3, and you have answered "no" to Question 4, please proceed Question 8.

**QUESTION 5**

What sum of money, if paid now in cash, would fairly and reasonably compensate Josie Taylor for the damages, if any, you have found Defendant caused Josie Taylor?

Answer in dollars and cents:

Emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$_____

Please proceed to Question 6.

**QUESTION 6**

Based on the evidence presented, do you find that Josie Taylor should be awarded punitive damages?

Answer "yes" or "no"  _____

If your answer is "yes", proceed to Question 7. If your answer is "no", please proceed Question 8.

**QUESTION 7**

What sum of money, awarded to Josie Taylor, should be assessed against Defendant as punitive damages?

Answer in dollars and cents, if any. $_____

Please proceed to Question 8.

**QUESTION 8**

Did Seton discipline or terminate Jennifer Nguyen for reporting John Butler's alleged harassment or for filing a charge of discrimination with the EEOC?

Answer "yes" or "no" __NO__

If you answered "yes" to this question, please proceed Question 9. If you answered "no" to this question, please proceed to the final page.

**QUESTION 9**

What sum of money, if paid now in cash, would fairly and reasonably compensate Jennifer Nguyen for the damages, if any, you have found Defendant caused Jennifer Nguyen?

Answer in dollars and cents for the following items and none other:

Emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life:

$_____

Please proceed to Question 10.

**QUESTION 10**

Based on the evidence presented, do you find that Jennifer Nguyen should be awarded punitive damages?

Answer "yes" or "no"     _____

If your answer is "yes", proceed to Question 11. If your answer is "no", please proceed the final page.

**QUESTION 11**

What sum of money, awarded to Jennifer Nguyen, should be assessed against Defendant as punitive damages?

Answer in dollars and cents, if any. $_____

Please proceed to final page.

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence.

Submitted the ___02___ day of March, 2012, at 1:30 o'clock p.m.

SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON